Cite as 2024 Ark. 185

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ADMINISTRATIVE PLANS FOR CIRCUIT COURTS AND DISTRICT COURTS | **Opinion Delivered:** December 12, 2024 |

## PER CURIAM

Pursuant to Administrative Order No. 14, amendments to currently approved administrative plans have been submitted by the Second Circuit, the Third Circuit, the Fourth Circuit, the Tenth Circuit, the Eleventh-East Circuit, and the Twentieth Circuit. These amendments are approved and shall be effective January 1, 2025.

Pursuant to Administrative Order No. 18, amendments to the currently approved administrative plans have been submitted by the Second District, the Thirteenth District, the Sixteenth District, and the Thirty-Sixth District. These amendments are approved and shall be effective January 1, 2025.

The administrative plans currently in effect for all other circuit courts and district courts remain in full force and effect until a subsequent plan is approved.